UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  ELI JOSEPH SHORTT,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on March 17, 2011.  A Change of Plea Hearing is **SET** for **Tuesday, May 10, 2011, at 11:00 a.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  March 17, 2011