UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  ELI JOSEPH SHORTT,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The change of plea hearing set for Tuesday, May 10, 2011, at 11:00 a.m. is **VACATED.**  A Status Conference is for **Tuesday, May 24, 2011, at 1:30 p.m., in Courtroom A-1002.**

      Dated:  May 10, 2011.