UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  ELI JOSEPH SHORTT,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A change of plea hearing is set for **Friday, June 24, 2011, at 3:30 p.m., in Courtroom A-1002.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated:  May 24, 2011.