UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

4.  ELI JOSEPH SHORTT,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The sentencing hearing set for Tuesday, September 13, 2011, at 10:00 a.m. was set in error and is **VACATED.**  A further change of plea hearing is set for **Tuesday, August 9, 2011, at 4:30 p.m., in Courtroom A-1002.**

     Dated:  June 28, 2011.