UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00013-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

4.  ELI JOSEPH SHORTT,

      Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A further Change of Plea Hearing is **SET** for **Tuesday, September 20, 2011, at 2:30 p.m.** in Courtroom A-1002.

      Dated:  August 17, 2011