UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00013-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ELI JOSEPH SHORTT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the Change of Plea Hearing set for Tuesday, September 20, 2011, at 2:30 p.m. is **VACATED**. Counsel should contact my Chambers at (303) 844-2170 to reset this hearing.

    Dated: September 19, 2011