**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 9, 2012 | Probation: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No. **11-cr-00013-WYD**         Counsel:

UNITED STATES OF AMERICA,              David M. Conner

       Plaintiff,

v.

**4. ELI JOSEPH SHORTT**,              Arthur S. Nieto

       Defendant.

**SENTENCING**

| | |
|---|---|
| **11:11 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - September 27, 2011, at 10:00 a.m.**<br>**Plea of Guilty - count 2 of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 11:13 a.m. | Statement on behalf of Government (Mr. Conner). |
| 11:18 a.m. | Statement on behalf of Defendant (Mr. Nieto). |
| 11:20 a.m. | Statement by Defendant on his own behalf (Mr. Shortt). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 112), filed January 4, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. No. 114), filed January 4, 2012, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **46** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

(X)   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X)   As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   The defendant shall make restitution totaling $4,117.00 as follows:

| **Victims** | **Amount** |
|---|---|
| TCF Bank<br>Attn: John Maloney<br>Manager of Security & Investigations<br>6400 South Fiddlers Green Circle, Suite 800<br>Greenwood Village, Colorado 80111 | $4,117.00 |

The special assessment and restitution obligation are due immediately.  Any unpaid restitution balance upon release from incarceration shall be paid in equal monthly installment payments during the term of supervised release.  Interest on the restitution is waived.

Restitution is ordered to be paid jointly and severally with the codefendants.  It is also ordered that restitution be off-set by any funds recovered by law enforcement and returned to the victims, and that the Government advise the Clerk of the Court if such funds are returned.

        Based on the defendant's outstanding child support obligation of $22,554 payable to April Smith and on behalf of Tatiana Smith, the Court recommends to the Bureau of Prisons that the defendant participate in the Bureau of Prisons' Inmate Financial Responsibility Program in order to comply with the court ordered child support.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss (ECF Doc. No. 113), filed January 4, 2012, is **GRANTED.**

        Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**11:32 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :21**